ACCEPTED
03-11-00462-CV
4853756
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/11/2015 11:47:37 AM
JEFFREY D. KYLE
CLERK

# NO. 03-11-00462

## In The
## Third Court of Appeals

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

### AT AUSTIN, TEXAS

**Sanadco Inc., Mahmoud A. Isba, Walid Abderrahman, Majic Investments Inc., Faisal Khan, Isra Enterprises, Inc., Hattab Al-Shudifat, Haifa Enterprises, Inc., EID Corp., Mohammed S. Al Hajeid, Majdi Rafe Okla Nsairat, Omar Unlimited, Inc., and All Others Similarly Situated,**

**APPELLANTS**

**VS.**

**The Office of the Comptroller of Public Accounts; Susan Combs, in her individual and official capacities as Comptroller of Public Accounts for the State of Texas; and Greg Abbott in his official capacity as Attorney General of the State of Texas**

**APPELLEES**

---

**Appeal From Cause No D-1-GV-10-000902**
**The 98th District Court Of Travis County, Texas**
**The Honorable Tim Sulak, Presiding**

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANTS' FURTHER MOTION FOR REHEARING

---

**TO THE HONORABLE THIRD COURT OF APPEALS:**

Appellants, SANADCO, INC. ET AL, pursuant to TEX. R. APP. P. 10.5 (b) and 49.8, move this Honorable Court to extend the time for filing its Further Motion for Rehearing, and for cause would show unto the Court the following:

1. This Court issued its judgment and opinion on Rehearing in this cause on March 25, 2015, reversing its opinion of September 26, 2013 on other grounds. Accordingly, the Further Motion for Rehearing is currently due on April 9, 2015. Petitioners request a 30-day extension, creating a new deadline of May 9, 2015.

2. Counsel for Appellants is a semi-retired solo practitioner with a home office practice and no staff, who maintains a limited practice due to a heart condition and diabetes. This extension of time is being requested because Appellants have had insufficient time to prepare the Further Motion for Rehearing due to illness and the extensive research required as a result of the court's reversal on grounds which had not previously been considered by the court or briefed by the Appellants.

3. In addition, counsel is involved in the preparation of an expedited appeal in Case No. 03-14-00771-CV, filed in this Court on December 3, 2014 from a judgment entered in Cause No. D-1-GN-13- 04352 on November 13, 2014 and is due on Monday, April 13, 2015. He is also preparing an as yet unfiled Petition for Writ of Mandamus to this Court from a judgment entered in Cause No. D-1-GN-12-003918 on October 23, 2014.

4. For these reasons, Appellants respectfully request that the Court grant a 30-day extension of time for filing this Further Motion for Rehearing, creating a new deadline of May 9, 2015.

5. This is the first motion for extension of time for filing the Further Motion for Rehearing in this cause.

6. This motion is not being sought for delay, but so that the interests of justice may be served.

**WHEREFORE, PREMISES CONSIDERED,** Petitioners respectfully move this Honorable Court to grant this motion for extension of time and extend the time for filing the Further Motion for Rehearing in this cause to May 9, 2015.

Respectfully submitted,

*Law Office of*
*Samuel T. Jackson*
__/s/ Samuel T Jackson
Texas Bar No. 10495700

PO Box 170633
Arlington, TX 76003-0633
Tel: (512) 692-6260
Fax. 866 -722-9685
jacksonlaw@hotmail.com
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have conferred concerning this request for extension of time, and counsel for the Appellees does not oppose this motion.

_/s/ Samuel T Jackson
Samuel T. Jackson

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing instrument was served on the parties or their attorneys **via facsimile**, certified mail, return receipt requested, and/or hand delivery on April 10, 2015, in accordance with the Texas Rules of Appellate Procedure, to the following:

**JACK HOHENGARTEN**
Assistant Attorney General
FINANCIAL LITIGATION DIVISION
P.O. Box 12548
Austin, TX 78711-2548
Tel: (512) 475-3503
Fax: (512) 477-2348/480-8327
Email: jack.hohengarten@oag.state.tx.us